DANIEL J. MULLER, CA BAR NO. 193396 dmuller@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara, 12th Floor
San Jose, CA  95113
Tel. 408.292.5800
Fax: 408.287.8040

ANN KANE SMITH,  CA BAR NO. 72698 aksmith@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, CA  90071
Tel. 213.576.8000
Fax 213.576.8080

Attorneys for Defendants
LEXUS OF STEVENS CREEK; and
PENSKE AUTOMOTIVE GROUP, INC.

ROBERT DAVID BAKER, CA BAR NO. 87314 attyatlaw@earthlink.net
ROBERT DAVID BAKER, INC.
1611 The Alameda
San Jose, CA  95126
Tel. 408.292.8555
Fax. 408.292.0703

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENISE DIETZMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>LEXUS OF STEVENS CREEK; PENSKE AUTOMOTIVE GROUP; DOES 1-20,<br><br>      Defendants | Case No.: C07-00792-RMW<br><br>**STIPULATION REGARDING DISCLOSURE OF EXPERT WITNESSES AND DISCOVERY DEADLINES AND [] ORDER** |

SV #319892 v1

-1-

**STIPULATION REGARDING DISCLOSURE OF EXPERT WITNESSES AND DISCOVERY DEADLINES AND [] ORDER**
**Case No. C-07-00792 RMW**

1  The parties to the above-entitled actions and their counsel of record hereby state as follows:

2      1.    Per the scheduling order applicable to this case issued by the Court on June 27, 2007, the parties are currently required to disclose their expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by December 3, 2007.  Pursuant to this Stipulation, the parties hereby request an extension of this deadline.

6      2.    The parties base their request on the fact that they have been actively attempting to settle this matter but that their efforts at settlement have been delayed pending the taking and completion of the deposition of a third party witness.  The witness' deposition was rescheduled with the agreement of counsel to accommodate his and his attorney's schedule.  The Parties are hopeful that once the deposition is completed, they can resume settlement discussions and resolve this case without the need for incurring expensive and time consuming expert discovery.  Accordingly, they stipulate and propose that the Court order the following changes to the its scheduling order:

14      A.    The date for Expert Witness Disclosure shall be changed from December 3, 2007 to January 14, 2008.

16      D.    The date that expert discovery shall close will change from January 7, 2008 to February 18, 2008.

18  / /
19  / /
20  / /
21  / /
22  / /
23  / /
24  / /
25  / /
26  / /
27  / /
28  / /

-2-

**STIPULATION REGARDING DISCLOSURE OF EXPERT WITNESSES AND DISCOVERY DEADLINES AND [] ORDER**
**Case No. C-07-00792 RMW**

In the event that this matter does not resolve in an agreed settlement, the parties are confident that, even with the above-requested changes to the expert discovery deadlines, they will be prepared for trial as scheduled on April 7, 2008.

Dated:  November 26, 2007                    THELEN REID BROWN RAYSMAN & STEINER

                  By:  /s/
                     Daniel J. Muller
                     Attorneys for Defendants

Dated:  November 26, 2007                    ROBERT DAVID BAKER, INC.

                  By:  /s/
                     Robert David Baker
                     Attorneys for Plaintiff

In accordance with General Order 45, part X(B), I hereby attest that concurrence in the filing of this document has been obtained from Robert David Baker, the other signatory.

            /s/ Daniel J. Muller

**ORDER**

Having reviewed the above stipulation, the Court hereby orders that its scheduling order be modified as stipulated by the parties.

Dated:  November 30, 2007                    *Ronald M. Whyte*

                     United States District Judge

SV #319892 v1         -3-

**STIPULATION REGARDING DISCLOSURE OF EXPERT WITNESSES AND DISCOVERY DEADLINES AND [] ORDER**
**Case No. C-07-00792 RMW**