LAW OFFICES OF ROBERT DAVID BAKER
Robert David Baker Esq. (87314)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555

Attorney for Plaintiff
DENISE DIETZMAN

*E-FILED - 3/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DENISE DIETZMAN;

    Plaintiff,

vs.

LEXUS OF STEVENS CREEK; PENSKE AUTOMOTIVE GROUP; DOES 1-20;

    Defendants.

Case No. C07-00792-RMW

ORDER OF DISMISSAL
DISMISSAL OF ACTION
[FRCP 41(a)(ii)]

The parties hereby stipulate to a dismissal of the above-entitled matter with prejudice.

Dated: March 13, 2008

_____
Robert David Baker, Esq.
Attorney for Plaintiff

Dated: March 13, 2008

_____
Daniel J. Muller, Esq.
Attorney for Defendants

ORDER

It is so ordered.

Dated: March __25__, 2008

_____
Honorable Ronald Whyte
United States District Court Judge